UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: _____ 09-21625
CIV-KING

LINDA C. GRAF,

Plaintiff,

v.

MAGISTRATE
BANDSTRA

LAURA M. FABAR & ASSOCIATES, LLP,
a Florida limited liability partnership, and
LAURA M. FABAR, an individual,

Defendants.

_____/

ORIGINAL

FILED by ASS D.C.
JUN 15 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**VERIFIED COMPLAINT**

Plaintiff, Linda C. Graf, sues Defendants, Laura M. Fabar & Associates, LLP, a Florida Limited Liability Partnership ("LMFA") and Laura M. Fabar, an individual ("Fabar") (collectively "Defendants"), for violations of the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"), and for unpaid wages under Florida common law.

**Parties, Jurisdiction, Venue, Facts, Etc.**

1. Plaintiff, a resident of Miami-Dade County, Florida, was employed by Defendants as a legal assistant. She was a non-exempt employee within the meaning of the FLSA and was entitled to minimum and overtime wages pursuant to the FLSA. *See* 29 U.S.C. § 206. Plaintiff was also an employee within the meaning of Florida common law.

2. Defendants are all employers within the meaning of the FLSA. The corporate Defendant is an employer within the meaning of Florida common law.

3. LMFA is a Florida limited liability partnership with its principal place of business located in Miami-Dade County, Florida.

4.   Upon information and belief, Fabar is a resident of Miami-Dade County, Florida, is over the age of 18, and is otherwise *sui juris*.

5.   Throughout Plaintiff's employment with the Defendants, Plaintiff regularly and routinely worked in excess of 40 hours per week. She routinely worked at least 6 days a week – normally every Saturday in addition to a regular Monday through Friday workweek.

6.   Jurisdiction is based on 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1367 (supplemental jurisdiction over state claims).

7.   Venue is proper because all of the facts and allegations that form the basis of this Complaint occurred within Miami-Dade County, Florida. 28 U.S.C. § 89.

8.   Plaintiff has retained counsel and is obligated to pay a fee for services rendered.

### Count I – Fair Labor Standards Act (Unpaid Overtime)

9.   Plaintiff incorporates paragraphs 1 – 8.

10.  Plaintiff was a non-exempt employee within the meaning of the FLSA, and was employed by Defendants.

11.  Defendants were and remain employers within the meaning of the FLSA.

12.  Plaintiff worked for Defendants without proper compensation.

13.  Defendants' violation of the FLSA was willful and intentional.

14.  Plaintiff is entitled to an award of back pay and liquidated damages equal to the amount of the back pay.

### Count II – Fair Labor Standards Act (Retaliation)

15.  Plaintiff incorporates Paragraphs 1 – 8.

16.  In January of 2009, Plaintiff complained to Defendants (not for the first time) that she was being improperly compensated by Defendants. Specifically, Plaintiff alleged that

SARELSON & SHAFIR LLP, 1401 Brickell Avenue, Suite 510, Miami, Florida 33131, 305-379-0305, 800-421-9954 (fax)
www.sarelson-shafir.com

Defendants had failed to properly compensate her for the significant amount of overtime hours worked by Plaintiff.

17. In response to Plaintiff's written complaint, Defendants summarily terminated Plaintiff's employment.

18. Defendants' termination of Plaintiff constitutes unlawful retaliation under the FLSA.

19. Plaintiff has been damaged as a direct and proximate result of Defendants' willful and intentional retaliation in violation of the FLSA.

### Count III – Unpaid Wages under Florida Common Law

20. Plaintiff incorporates paragraphs 1 – 8.

21. Plaintiff was employed by LMFA, and was not an independent contractor.

22. Plaintiff provided services to LMFA.

23. LMFA failed to pay Plaintiff proper overtime wages while employed.

24. LMFA was unjustly enriched by the Plaintiff because of the work she performed on its behalf without proper compensation.

25. LMFA is obligated to pay Plaintiff her unpaid wages and her attorneys' fees pursuant to Fla. Stat. § 448.08.

### Count IV – Florida Whistleblower Act

26. Plaintiff incorporates paragraphs 1 – 8.

27. In January of 2009, Plaintiff complained to Defendants (not for the first time) that she was being improperly compensated by Defendants. Specifically, Plaintiff alleged that Defendants had failed to properly compensate her for the significant amount of overtime hours worked by Plaintiff.

SARELSON & SHAFIR LLP, 1401 Brickell Avenue, Suite 510, Miami, Florida 33131, 305-379-0305, 800-421-9954 (fax)
www.sarelson-shafir.com

28. In response to Plaintiff's written complaint, Defendants summarily terminated Plaintiff's employment.

29. Defendants' termination of Plaintiff violates the Florida Whistleblower Act, Fla. Stat. § 448.101, *et seq.*, in that Plaintiff was subjected to a retaliatory personnel action for objecting to an activity, policy or practice of her employers that is in violation of one or more laws, rules or regulations.

30. Plaintiff has been damaged as a direct and proximate result of Defendants' violation of the Florida Whistleblower Act.

### Demand for Jury Trial

Plaintiff demands a trial by jury on all issues so triable.

### Prayer for Relief

Plaintiff prays that this Court enter judgment in her favor against Defendants, LMFA and Fabar (jointly and severally) and award monetary damages for back pay, liquidated damages, reasonable attorneys' fees and costs and any other relief this Court deems appropriate.

Dated: June 15, 2009

Respectfully submitted,

Matthew Seth Sarelson, Esq.
Fla. Bar No. 888281
Michael A. Shafir, Esq.
Fla. Bar No. 660671
**SARELSON & SHAFIR LLP**
1401 Brickell Avenue, Suite 510
Miami, Florida 33131
305-379-0305
800-421-9954 (fax)
msarelson@sarelson-shafir.com
mshafir@sarelson-shafir.com
Counsel for Plaintiff

4

SARELSON & SHAFIR LLP, 1401 Brickell Avenue, Suite 510, Miami, Florida 33131, 305-379-0305, 800-421-9954 (fax)
www.sarelson-shafir.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: _____

**LINDA C. GRAF**,

    Plaintiff,

v.

**LAURA M. FABAR & ASSOCIATES, LLP,**
a Florida limited liability partnership, and
**LAURA M. FABAR**, an individual,

    Defendants.
_____/

## DECLARATION OF LINDA C. GRAF

Pursuant to 28 U.S.C. § 1746, I hereby make the following declaration:

1. My name is Linda C. Graf, I am over 18 years of age and am capable of making this declaration. This declaration is made on my own personal knowledge.

2. I have reviewed the Complaint in this action and I can verify the accuracy of the factual allegations contained within it to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2009.

*/s/ Linda C. Graf*
_____
LINDA C. GRAF

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
Linda C. Graf

## DEFENDANTS
Laura M. Fabar & Associates, LLP and Laura M. Fabar

**(b)** County of Residence of First Listed Plaintiff: Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Michael A. Shafir, Esq.
Sarelson & Shafir LLP
1401 Brickell Avenue, Suite 510, Miami, Florida 33131
(305) 379-0305

09-cv-21625 - King/Bandstra

Attorneys (If Known)

FILED by ADS D.C.
JUN 15 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

**(d)** Check County Where Action Arose: ☒ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☒ NO    b) Related Cases ☐ YES ☒ NO

JUDGE _____    DOCKET NUMBER _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):
29 U.S.C. 201, et seq. - Unpaid overtime, retaliation, and state whistleblower and unpaid wage claims

LENGTH OF TRIAL via 2-3 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE June 15, 2009

FOR OFFICE USE ONLY
AMOUNT 350 —    RECEIPT # 1002894    IFP _____